STATE v. BLACKMON

No. 61PA86.

Case below: 78 N.C. App. 442.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 2 July 1986.

STATE v. BRITT

No. 287P86.

Case below: 80 N.C. App. 147.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 July 1986.

STATE v. CARAWAN

No. 265P86.

Case below: 80 N.C. App. 151.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 July 1986.

STATE v. CHESSON

No. 288P86.

Case below: 80 N.C. App. 167.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 July 1986.

STATE v. CHILDERS AND STATE v. THOMPSON

No. 296P86.

Case below: 80 N.C. App. 236.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 July 1986.